538

CLEVELAND BAR ASSOCIATION *v.* NARDI.

[Cite as *Cleveland Bar Assn. v. Nardi* (1991), 61 Ohio St.3d 538.]

(No. 90–2533—Submitted May 21, 1991—Decided August 28, 1991.)

540

*Bertsch, Millican, Winslow & Pilawa Co., L.P.A., Dennis M. Pilawa, Foth, Kelly, Urban & West Co., L.P.A., Thomas A. Kelly, Kraus & Kraus Co., L.P.A.,* and *Keith R. Kraus,* for relator.

*Richard A. Damiani,* for respondent.

*Per Curiam.* We have thoroughly reviewed the evidence, and agree with the board's findings and recommendations. We hereby indefinitely suspend respondent from the practice of law and tax costs to him.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.